UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA SANTANNA,

Plaintiff,

-against-

ALTERNATIVE PACKAGING SOLUTIONS, LLC, LANVIRA LLC, ELI JACOBS and ROBERT CATELL,

Defendants.

26-CV-8061 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In her complaint, plaintiff Maria Santanna invokes the Court's subject-matter jurisdiction via diversity of citizenship. Dkt. 1, ¶ 3. However, as to the individual parties, the complaint merely alleges residence—not citizenship. *Id.* ¶¶ 4, 7, 8. This is insufficient, since citizenship turns on domicile, not residence. *See Leveraged Leasing Admin. Corp. v. PacifiCorp Cap., Inc.*, 87 F.3d 44, 47 (2d Cir. 1996). And for the LLC defendants, the complaint merely alleges that "[u]pon information and belief, no member . . . is a citizen of Connecticut." Dkt. 1, ¶¶ 5–6. This too is insufficient. An LLC takes the citizenship of each of its members, *see Bayerische Landesbank v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012), so the complaint must identify those members and allege their citizenship. On or before **September 25, 2026**, plaintiff must file an amended complaint that fixes these issues.

SO ORDERED.

Dated: September 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge