ILG
IMBESI•LAW•GROUP
Brittany Weiner, Esq.
Imbesi Law Group P.C.
E-mail: brittany@lawicm.com
Tel: 646-767-2271

Plaintiff's request for an extension of time is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 22, 2026

September 22, 2026

**<u>VIA ECF</u>**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *Maria Santanna v. Alternative Packaging Solutions, LLC, et al.*
Civil Case No.: 26-cv-08061 (AS)

Dear Judge Subramanian:

Our firm represents the Plaintiff and I write to respectfully request one additional week to comply with the Court's Order regarding amending Plaintiff's complaint on or before October 2, 2026. (Doc. No. 12). I am requesting the additional time because I was out of the office on September 21, 2026 for Yom Kippur and have pre-planned travel on September 25, 2026. This is Plaintiff's first request for additional time.

Respectfully submitted,

/s/ *<u>Brittany Weiner</u>*
Brittany Weiner, Esq.