ILG
IMBESI•LAW•GROUP
Brittany Weiner, Esq.
Imbesi Law Group P.C.
E-mail: brittany@lawicm.com
Tel: 646-767-2271

GRANTED. The initial pretrial conference is RESCHEDULED for December 17 at 4:00 pm. The dial-in remains the same, and the parties must still make the required filings in advance of the conference. *See* Dkt. 16. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 19, 2026

November 19, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Maria Santanna v. Alternative Packaging Solutions, LLC, et al.*
Civil Case No.: 26-cv-8061 (AS)

Dear Judge Subramanian:

Our firm represents the plaintiff, Maria Santanna, and submits this request to adjourn the initial pretrial conference scheduled for December 10, 2026 at 10:30am. Prior to the scheduling of this conference, I was scheduled pursuant to court order for a multi-party deposition on December 10, 2026, beginning at 10am. I therefore respectfully request to adjourn this conference. This is the first request to adjourn the initial pretrial conference. Defendants consent to the request for an adjournment. There is no scheduling order in place yet, so no deadlines are impacted by this request.

The parties have conferred and subject to the Court's availability, are available for the conference on: December 14, 15, 17 or January 6, 7, 12, 13.

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.